THE ORD FIRM, P.C.
James K. Ord, III (USB 14007)
PO Box 16266
Salt Lake City, UT 84116
Telephone: (435) 214-1433
Email: James@UtahADALaw.com
Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| Trevor Kelley,<br><br>  Plaintiff,<br><br>v.<br><br>Noodles & Company,<br><br>  Defendant. | **NOTICE OF VOLUNTARY DISMISSAL**<br><br>Civil No.: 2:17-cv-00615-DN<br><br>Judge David Nuffer |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Trevor Kelley, hereby voluntarily dismisses this action with prejudice.

/ / /

RESPECTFULLY SUBMITTED this August 22, 2017.

/s/ James K. Ord, III
JAMES K. ORD, III
**THE ORD FIRM, P.C.**
PO Box 16266
Salt Lake City, UT 84116
Telephone: (435) 214-1433
Email: James@UtahADALaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of August, 2017 I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic filing to be served upon all e-filing counsel of record and e-mailed the same to:

Bryan K. Benard
**Holland & Hart**
222 S. Main St., Ste 2200
Salt Lake City, UT 84101
bbenard@hollandhart.com
*Attorney for Defendant*

*by sr*